UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 05 B 09091
  GEORGE MACZURA JR
  MARIE RAE MACZURA                               CHAPTER 13

                                    JUDGE: BRUCE W BLACK

      Debtor
  SSN XXX-XX-0899     SSN XXX-XX-6541

--------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 07/08/05 and confirmed on 10/24/05.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  65310.00 .

    4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 22959.19 | .00 | 13713.95 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3795.42 | .00 | 2267.07 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 31540.07 | .00 | 18839.47 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 44542.93 | .00 | 26606.32 |

          Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 102837.61 | .00 | 102837.61 |
| PRINCIPAL PAID | .00 | .00 | 61426.81 | .00 | 61426.81 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 61426.81 | .00 | 61426.81 |

The Debtor's attorney, JOHN C RENZI                    , was allowed $  1500.00
and was paid $   500.00  direct and $  1000.00  through the plan.

The Trustee received $   2883.19 .

Refunds to the Debtor totaled $     .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 12/12/08                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE